DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KEVIN BAIN,**
Appellant,

v.

**AARON BRYAN,**
Appellee.

No. 4D2025-1944

[April 30, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nickolaus Hunter Davis, Judge; L.T. Case No. 062025CA004295AXXXCE.

Kevin Bain, Pembroke Pines, pro se.

James Uthmeier, Attorney General, Tallahassee, and Julia J. McBee, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY and FORST, JJ., concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***